AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| SIM HYON-SOP | ) Case No. 23-CR-91 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  SIM HYON-SOP,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1344, 1349 (Bank Fraud Conspiracy)
Count 2: 50 U.S.C. § 1705 (IEEPA Conspiracy)
Counts 3-6: 50 U.S.C. § 1705 (IEEPA)
Count 7: 18 U.S.C. §§ 1956(a)(2)(A) and (h) (Money Laundering Conspiracy)
Counts 8-12: 18 U.S.C. §§ 1956(a)(2)(A) (Money Laundering)


Date: 04/24/2023

_____
*Issuing officer's signature*

City and state:  Washington, DC         _____ , United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: SIM HYON-SOP

Known aliases:

Last known residence: United Arab Emirates

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: North Korea

Date of birth: 11/25/1983

Social Security number:

Height:                              Weight:

Sex: Male                            Race:

Hair:                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: